FILED
11/4/2015 12:32:22 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

ACCEPTED
04-15-00691-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/4/2015 12:45:56 PM
KEITH HOTTLE
CLERK

04-15-00691-CV

CAUSE NO. 2014-CI-17077

| | | |
|---|---|---|
| ARMANDO HERNANDEZ AND NANCY HERNANDEZ, | § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| V. | § § | 150th JUDICIAL DISTRICT |
| | § | |
| MARIO SALDIVAR; FERNANDO SALDIVAR; JORGE CALDERON AND JORGE SALDIVAR, | § § § § | |
| Defendants. | § § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

11/4/2015 12:45:56 PM

KEITH E. HOTTLE
Clerk

## PLAINTIFFS/COUNTER-DEFENDANTS' NOTICE OF APPEAL

1.    Plaintiffs/Counter-Defendants, Armando Hernandez and Nancy Hernandez, desire to appeal the "Final Summary Judgment" signed by the Court on August 5, 2015.

2.    Plaintiffs/Counter-Defendants, Armando Hernandez and Nancy Hernandez, appeal to the Court of Appeals for the Fourth District of Texas at San Antonio, Texas.

Respectfully submitted,

**dc&m | Davis, Cedillo & Mendoza, INC.**
ATTORNEYS AT LAW

McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone No.: (210) 822-6666
Telecopier No.: (210) 822-1151


By: /s/ Isaac J. Huron
RICARDO G. CEDILLO
State Bar No. 04043600
rcedillo@lawdcm.com
ISAAC J. HURON
State Bar No. 24032447
ihuron@lawdcm.com

**ATTORNEYS FOR PLAINTIFFS/COUNTER-DEFENDANTS ARMANDO HERNANDEZ AND NANCY HERNANDEZ**

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served on counsel of record by certified mail, return receipt requested, and/or facsimile and/or electronic transmission via File Time on this the 4th day of November, 2015, as follows:

Jeffery A. Hiller
CACHEAUX, CAVAZOS & NEWTON, LLP
333 Convent Street
San Antonio, Texas 78205
Fax: (210) 222-2453
jhiller@ccn-law.com
*and*
Royal B. Lea, III
BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
Fax: (210) 224-0141
royal@binghamandlea.com

ATTORNEYS FOR DEFENDANTS/
COUNTER-PLAINTIFFS, MARIO
SALDIVAR AND FERNANDO SALDIVAR

Gilberto A. Siller
THE SILLER LAW FIRM
1580 S. Main Street, Suite 200
Boerne, Texas 78006
Fax: (210) 417-4206
gsiller@siller-law.com

RECEIVER

/s/ Isaac J. Huron
RICARDO G. CEDILLO
ISAAC J. HURON